IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JERYME MORGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CASE NO.   13-182-SCW |
| vs. | ) |
| | ) |
| S.A. GODINEZ, SARAH JOHNSON, SHERRY | ) |
| BENTON, UNKNOWN PARTIES, JAMES | ) |
| CHEATHAM, MAJOR WESTERMAN, P. | ) |
| WESTERMAN, CATHY REYNOLDS, | ) |
| WARDEN ATCHISON, TRACEY HEIMAN, | ) |
| FRANK EOVALDI, MATTHEW HOFFMAN | ) |
| ND DAM REYNOLDS, | |
| Defendant(s). | |

**JUDGMENT IN A CIVIL CASE**

Defendants S.A. GODINEZ, SARAH JOHNSON, SHERRY BENTON, MAJOR WESTERMAN, P. WESTERMAN, CATHY REYNOLDS, and WARDEN ATCHISON were dismissed with prejudice on March 19, 2013 by an Order entered by Chief Judge Michael J. Reagan (Doc. 6).

Defendants FRANK EOVALDI, MATTHEW HOFFMAN, ADAM REYNOLDS and UNKNOWN PARTIES were granted summary judgment and UNKNOWN PARTIES Sgt. Doe, Pharmacist Jean Doe, C/P John Doe and Lt. John Doe were dismissed on July 30, 2014, by an Order entered by Chief Judge Michael J. Reagan (Doc. 59).

Defendant TRACEY HEIMAN was voluntarily dismissed with prejudice on April 14, 2016 by Stipulation filed by Plaintiff and Order entered by Magistrate Judge Stephen C. Williams (Docs. 110, 114).

The remaining issues came before this Court for jury trial.    The issues have been tired and the jury has rendered its verdict in favor of Defendant JAMES CHEATHAM and against Plaintiff JERYME MORGAN (Doc. 117).

THEREFORE, judgment is entered in favor of Defendants **S.A. GODINEZ, SARAH JOHNSON, SHERRY BENTON, UNKNOWN PARTIES**, Sgt. Doe, Pharmacist Jean Doe, John Doe and Lt. John Doe, **JAMES CHEATHAM, MAJOR WESTERMAN, P. WESTERMAN, CATHEY REYNOLDS, WARDEN ATCHISON, TRACY HEMAN, FRANK EOVALDI, MATTHEW HOFFMAN**, and **ADAM REYNOLDS** and against Plaintiff **JERYME MORGAN.**

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 19th day of April, 2016

**JUSTINE FLANAGAN, ACTING CLERK**

BY: */s/ Angela Vehlewald*
      **Deputy Clerk**

Approved by   */s/ Stephen C. Williams*
           **United States Magistrate Judge**
           **Stephen C. Williams**